LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 31, 2026

*Via ECF*
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

**MEMO ENDORSED**

**Re: *USA v. Respress et al* (Daveon Reed)**
**26 Cr. 262(KPF)**

Dear Judge Failla:

I was appointed pursuant to the Criminal Justice Act ("CJA") to represent Defendant Daveon Reed on May 22, 2026. This is a complex, multi-defendant matter that is expected to continue for some time. The Government has advised that discovery currently consists of at least 156 GB of data, which will require substantial time and resources to review.

A pretrial conference is presently scheduled for late September, but no trial date has been set. Given the anticipated duration of this matter, the volume of discovery, and the financial burden associated with delayed reimbursement for an extended period of representation, I respectfully request permission to submit interim CJA vouchers for myself and the members of my defense team.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo
Attorney for Daveon Reed

Application GRANTED. Defense counsel may submit interim CJA vouchers in connection to their representation of Mr. Daveon Reed.

Dated: September 1, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE