LGR
LAW, LLC
FEDERAL CRIMINAL DEFENSE
Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

November 4, 2026

*Via ECF*
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Daveon Reed*
Case No. 26 Cr. 262 (KPF)

Dear Judge Failla:

I represent Daveon Reed in the above-referenced matter. Please accept this letter brief in lieu of a more formal submission requesting a modification of Mr. Reed's bail conditions. I respectfully request that Your Honor order the removal of home detention and impose a curfew to be set by United States Pretrial Services ("Pretrial") with continued location monitoring. I have consulted with Pretrial Officer Francesca Piperato, who recommended and consents to the requested bail modification, and AUSA Ariana Bloom, who defers to Pretrial's position and does not object to this request.

On May 22, 2026, Mr. Reed appeared before the Honorable Robert W. Lehrburger, U.S.M.J., and was released on a $50,000.00 personal recognizance bond co-signed by two financially responsible persons. Mr. Reed was placed on home detention with location monitoring, and his travel is restricted to the Southern and Eastern Districts of New York, the District of New Jersey, the District of South Carolina, and points between for attorney meetings and court appearances. He is also required to maintain or seek employment.

The proposed modification would appropriately accommodate Mr. Reed's employment obligations and enable him to maintain employment while on pretrial release. Mr. Reed presently works for King Asphalt in South Carolina where he is required to travel to different job sites throughout the state. On Monday, November 9, 2026, he is starting a new job as a welder at Steel Fab in Florence, South Carolina. Though his new employment will not require the same extensive travel, the proposed modification would enable Mr. Reed to accept additional shifts

with King Asphalt. All other conditions of Mr. Reed's release will remain in full force and effect.

Thank you for Your Honor's time and consideration of this request.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Daveon Reed*

Cc: AUSA Ariana Bloom
PTSO Francesca Piperato (*via email*)
PTSO Kateland McDaniel (*via email*)

Application GRANTED. Mr. Reed's bail is hereby MODIFIED to remove home detention and impose a curfew to be set by United States Pretrial Services with continued location monitoring.

The Clerk of Court is directed to terminate the pending motion at docket entry 55.

Dated: November 4, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE